FILED
OCT -7 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 20-CR-30150-NJR-01 ) |
| HEATH D. SHELTON, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, through Luke J. Weissler, Assistant U.S. Attorney for this District, and herewith enter into the following Stipulation of Facts with the Defendant, Heath D. Shelton, represented by his attorney, Justin A. Kuehn, pertaining to the conduct of the Defendant charged in the Information in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3.

1. On or about June 9, 2012, Defendant injured his back during the performance of his job duties with the United States Postal Service ("USPS").

2. As a result of his injury, Defendant received compensation under the Federal Employees' Compensation Act ("FECA"), which provided benefits to federal employees, including USPS employees, for injuries sustained while in the performance of their duties.

3. The Office of Workers' Compensation Programs ("OWCP") of the Department of Labor administered the FECA program.

4. OWCP periodically required Defendant to submit Form EN-1032 to receive FECA benefits. On this form, Defendant was required to report whether he worked for any employer, was self-employed, or was involved in any business enterprise during the past 15 months.

5. OWCP used the information contained on Form EN-1032 to determine whether Defendant's FECA benefits should be reduced based on his wage earning capacity.

6. On November 13, 2019, December 19, 2019, January 27, 2020, and February 3, 2020, while receiving FECA benefits, Defendant worked on a part-time, unpaid basis at Complete Family Chiropractic & Wellness, LLC ("Complete Family Chiropractic"), a business enterprise located at 317 Marketplace Drive, Freeburg, IL 62243.

7. The value of SHELTON's work for Complete Family Chiropractic on November, 13, 2019, December 19, 2019, January 27, 2020, and February 3, 2020, did not exceed $1,000.00.

8. On or about March 6, 2020, Defendant filled out and submitted Form EN-1032. On this form, Defendant knowingly and willfully denied any work or involvement with any business enterprise during the past 15 months, despite well knowing that his statements and representations were false.

9. Defendant's false statements and representations on Form EN-1032 were material and made in an effort to receive federal employee compensation. If defendant had properly disclosed his involvement with Complete Family Chiropractic on his Form EN-1032, OWCP would have factored the value of that work into the calculation of his benefits and reduced his benefits accordingly.

SO STIPULATED:

|  |  |
|---|---|
|  | UNITED STATES OF AMERICA, |
|  | STEVEN D. WEINHOEFT<br>United States Attorney |
| *(signature)*<br>HEATH D. SHELTON<br>Defendant | *(signature)*<br>LUKE J. WEISSLER<br>Assistant United States Attorney |
| *(signature)*<br>JUSTIN A. KUEHN<br>Attorney for Defendant |  |
| Date: Oct 7, 2020 | Date: 10/7/2020 |